In the Matter of Proving the Last Will and Testament of ADELINE HYDE KENNEDY, Deceased.— Decree affirmed, with costs. All concur.

CHARLES W, BETHUNE, Respondent, v. HARRISON H. LYNN, Appellant.— Order affirmed, with costs, on the ground that the article in question charges the plaintiff with the commission of a crime. All concur.

LACKAWANNA STEEL COMPANY, Respondent, v. HENRY C. LEIN, Individually and as Supervisor of the Town of West Seneca, and Others, Defendants, Impleaded with THE TOWN OF WEST SENECA and Others, Appellants.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

ELIZABETH G. TAYLOR, Respondent, v. RICHARD H. TAYLOR, Appellant.— Judgment affirmed, with costs. All concur.

COMMERCIAL MOTORS MORTGAGE CORPORATION, Appellant, v. HAROLD C. BLOHM, Respondent.— Judgment modified by reducing it to the sum of $275.49 as of the date of entry thereof, and as so modified the judgment, together with the order, is affirmed, without costs of this appeal to either party, on the ground that the item of $135 allowed as a counterclaim was improperly included. All concur.

In the Matter of the Application of N. S. BEAN, as Receiver of the FIRST NATIONAL BANK OF WARREN, MASS., for Permission to Commence an Action against FRANCIS R. STODDARD, JR., Individually and as State Superintendent of Insurance, etc.— Motion for leave to appeal to Court of Appeals granted.

THE PRUDENTIAL SOCIETY, INC., Respondent, v. CHARLES A. RAY, Appellant.— Motion for leave to appeal to Court of Appeals granted.

WARNER SUGAR REFINING COMPANY, Respondent, v. ANTHONY BUSCAGLIA and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ETHEL A. MITCHELL, as Administratrix, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MARY A. EARL, Respondent, v. PETER G. HOUCK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

FRANCIS C. EARL, Respondent, v. PETER G. HOUCK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

EDWARD C. RANDALL, Appellant, v. GOULD COUPLER COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Sears, J., not sitting.

HERBERT S. EMERSON, Appellant, v. HANNAH M. BASTABLE, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. KWIATOWSKI, Appellant.— Motion granted and appeal dismissed.

In the Matter of the Probate of the Last Will and Testament of MAUDE MAURER, Deceased.— Motion granted and appeal dismissed, with ten dollars costs.

MICHAEL SNABON, Appellant, v. GUSTAVE E. KAACKE, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers by April seventeenth.